AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| MARIA YOUNKER | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 10-3140-CL |
| VALENTINE & KEBARTAS, INC. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VALENTINE & KEBARTAS, INC.
c/o National Corporate Research, Ltd.
325 13th St. NE #501
Salem, OR 97301


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joshua Trigsted
Trigsted Law Group
5200 SW Meadows Rd.
Suite 150
Lake Oswego, OR 97035

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    **MARY L. MORAN**

Date: 12/9/10

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Oregon

Case Number: 10-3140-CL

Plaintiff:
**MARIA YOUNKER**

vs.

Defendant:
**VALENTINE & KEBARTAS, INC**

Received by MALSTROM'S PROCESS SERVING CO. on the 13th day of December, 2010 at 11:19 am to be served on **VALENTINE & KEBARTAS, INC R/A NATIONAL CORPORATE RESEARCH, LTD, 325 13TH ST NE, #501, SALEM, OR 97301.**

I, Alice McAllister, being duly sworn, depose and say that on the **14th day of December, 2010** at **2:12 pm**, I:

SERVED the named corporation a **Summons and Complaint** by personal service upon **DEBORAH BROUSE**, the clerk on duty in the office of the Registered Agent and who is authorized to accept service at **325 13TH ST NE, #501, SALEM, OR 97301**

I am a competent person over 18 years of age and a resident of the State of Oregon; I am not a party to nor an officer, director or employee of, nor attorney for any party. The entity served by me is the same entity named in the action.

Subscribed and Sworn to before me on the 20th day of December, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC-OREGON

Alice McAllister
Process Server

MALSTROM'S PROCESS SERVING CO.
P.O. Box 2031
Salem, OR 97308-2031
(503) 585-0234

Our Job Serial Number: ONE-2010005817



OFFICIAL SEAL
**DIANA JUNE HILL**
NOTARY PUBLIC - OREGON
COMMISSION NO. 435379
MY COMMISSION EXPIRES JANUARY 4, 2013

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4e